UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN STORM, and PATRICIA STORM, husband and wife, and the marital community composed thereof,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF PASCO, a municipal corporation, BENTON COUNTY, and JOHN DOES 1-20, individually and in their official capacities,<br><br>            Defendants. | NO. CV-10-05093-EFS<br><br>**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT** |

Before the Court, without oral argument, are the parties' Stipulated Motion to Substitute Party and Amend Complaint, ECF No. 14, and related Motion to Expedite Re: Stipulated Motion to Substitute Party and Amend Caption, ECF No. 11. The parties advise that Plaintiff John Storm died on December 2, 2010. ECF No. 17. The parties stipulate and agree that Patricia Storm as Personal Representative for the Estate of John Storm should be substituted as the real party in interest for the decedent, John Storm, and that the caption should be amended as such.[1]

---

[1] "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or be the decedent's successor or representative."

ORDER * 1

Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Substitute Party and Amend Complaint, **ECF No. 14**, and related Motion to Expedite Re: Stipulated Motion to Substitute Party and Amend Caption, **ECF No. 11**, are **GRANTED**.

2. The caption shall be amended to read:

>PATRICIA STORM, as the wife in the marital community and as Personal Representative for the Estate of John Storm, who was husband in the marital community,
>
>    Plaintiffs,
>
>v.
>
>CITY OF PASCO, a municipal corporation, BENTON COUNTY, and JOHN DOES 1-20, individually and in their official capacities,
>
>    Defendants.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 13th day of July 2011.

                    s/Edward F. Shea
                    EDWARD F. SHEA
               United States District Judge

Q:\Civil\2010\5093.stip.dismiss.wpd

---

Fed. R. Civ. P. 25(a). In Washington, "[a]ll causes of action by a person or persons against another person or persons shall survive to the personal representative of the former . . . ." RCW 4.20.046.

ORDER * 2