UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN STORM, and PATRICIA STORM, husband and wife, and the marital community composed thereof,<br><br>        Plaintiffs,<br><br>     v.<br><br>CITY OF PASCO, a municipal corporation, BENTON COUNTY, and JOHN DOES 1-20, individually and in their official capacities,<br><br>        Defendants. | NO. CV-10-05093-EFS<br><br>**PROTECTIVE ORDER** |

    Before the Court, without oral argument, is the Parties' Stipulated Motion for Protective Order, ECF No. 21. The parties agree that a protective order should be entered pursuant to Federal Rule of Civil Procedure 26(c), to protect personnel files of Defendants' City and County employees obtained in discovery.

    Based on the parties' stipulation and Proposed Protective Order, ECF No. 21-1, the Court finds good cause to issue a protective order.

//

//

PROTECTIVE ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion for Protective Order, **ECF No. 21**, is **GRANTED**.

2. All records or materials specified by the parties shall be subject to protection. That is, all personnel and employment records, and investigative materials that are not subject to public disclosure are subject to this Protective Order.

3. Any records or materials falling within these above-identified categories shall be marked confidential and only used as necessary in connection with these proceedings and shall not be used in any other lawsuit, claim, or cause of action, or in any other way unless ordered by a court of competent jurisdiction. Neither the parties nor their counsel shall produce or otherwise disclose or reveal any such material or their contents to any other entity or person other than parties, expert witnesses retained for this litigation, and ordinary and regular administrative and legal staff retained to work on a regular basis, absent written agreement of the parties or further order of the Court.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to all parties.

**DATED** this ____11th____ day of August 2011.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                          United States District Judge

Q:\Civil\2010\10cv5093efs-8-10-11-stipulatedprotectiveorder.wpd

PROTECTIVE ORDER ~ 2