AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PATRICIA STORM, as the wife in the marital community
and as Personal Representative for the Estate of John
Storm, who was husband in the marital community,

                        Plaintiff,
                     v.

CITY OF PASCO, a municipal corporation, et al.,

                       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5093-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice pursuant to the Order Granting Defendants' Motion for Summary Judgment, Dismissing Case, and Closing File entered on August 15, 2012, ECF No. 94.

August 15, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas